**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| EDUARDO RAMIREZ,<br>*Plaintiff*,<br>v.<br>CITY OF PHILADELPHIA, ET AL.,<br>*Defendants*. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil Action No.: 2:24-cv-03035 |

**STIPULATION REGARDING**
**PENDING DISCOVERY MOTIONS AND SUBPOENA COMPLIANCE**

Defendant Detective Paul Worrell and the non-party Philadelphia District Attorney's Office ("DAO"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1. The DAO hereby **WITHDRAWS** its pending Motion for a Protective Order at ECF 72.

2. Detective Worrell hereby **WITHDRAWS** his pending Motion for Leave to Incorporate at ECF 74.

3. The DAO's deadline to comply with the outstanding subpoena duces tecum is **EXTENDED** twenty-eight days to September 18, 2026.

4. The withdrawals contemplated by this Stipulation shall not waive, forfeit, prejudice, or otherwise affect any party's right to renew or assert any argument, objection, privilege, or request for relief concerning the discovery matters addressed in ECF Nos. 72 and 74.

The undersigned respectfully request that the Court approve this Stipulation and mark ECF Nos. 72 and 74 withdrawn without prejudice.

Respectfully Submitted,

**PHILADELPHIA DISTRICT ATTORNEY'S OFFICE**

BY: /s/ Shea M. Skinner
SHEA M. SKINNER
3 South Penn Square
Philadelphia, PA 19107
(P): 215-686-7644
(E): shea.skinner@phila.gov

*Attorney for the Philadelphia District Attorney's Office*

**MARSHALL DENNEHEY, P.C.,**

BY: [signature]
JOSHUA W. BROWNLIE
2000 Market Street, Suite 2300
Philadelphia, PA 19103
(P): (215) 575-2816
(E): JWBrownlie@MDWCG.com

*Attorney for Defendant Detective Paul Worrell*

**SO ORDERED, THIS 26th DAY OF August, 2026.**

**BY THE COURT:**

/s/ John R. Padova, J.
**HON. JOHN R. PADOVA**