IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDUARDO RAMIREZ | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | NO. 24-3035 |

**ORDER**

**AND NOW**, this 19th day of October, 2026, upon consideration of Defendant Detective Paul Worrell's Motion to Enforce Subpoena Directed to the Philadelphia District Attorney's Office (Docket No. 80), and all documents filed in connection therewith, **IT IS HEREBY ORDERED** that the Motion is **DISMISSED AS MOOT IN PART** and **DENIED IN PART**.[1]

BY THE COURT:

/s/ John R. Padova, J.

John R. Padova, J.

[1] In his Motion, Detective Worrell primarily asks us to order the Philadelphia District Attorney's Office (the "DAO"), a non-party, to produce responsive, nonprivileged information sought in a "Subpoena and Rider" that Worrell served on the DAO, and to identify any information withheld "on grounds of privilege or protection." (See Worrell's Proposed Order, Docket No. 80, at 1 of 14.) In a response dated today, the DAO states that it did as Worrell requested on October 13, 2026, producing both documents and a privilege log. Worrell's primary request in his Motion is therefore moot.

Worrell has also requested that we hold the DAO in contempt because of its noncompliance with the subpoena. However, given the DAO's recent response to the subpoena, as well as its explanation for its delay in responding, we decline to hold the DAO in contempt at this time, and we deny the Motion insofar as it asks us to do so.